AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

```
                                FILED
                        CLERK, U.S. DISTRICT COURT

                             FEB - 3 2025

                        CENTRAL DISTRICT OF CALIFORNIA
                        BY            MWN        DEPUTY
```

Civil Action No. 2:25-CV-858-MCS(Ex)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ALISSA EMMEL

was received by me on *(date)* 1/31/2025

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* JOSEPH T. MANALLY, who is designated by law to accept service of process on behalf of *(name of organization)* US Attorney's Office Central District of California on *(date)* 1/31/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 1/31/2025

*Server's signature*

BEIYING GUO
*Printed name and title*

23760 DECORAH ROAD
DIAMOND BAR CA 91765
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

HILARY YAO

*Plaintiff(s)*

v.

ALISSA EMMEL
Chief of Immigrant Investor Program Office

*Defendant(s)*

Civil Action No. 2:25-CV-00858-MCS(Ex)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Alissa Emmel, Chief of Immigrant Investor Program Office

131 M STREET NE, MAILSTOP 2235
WASHINGTON DC 20529

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   HILARY YAO
556 N DIAMOND BAR BLVD STE 108
DIAMOND BAR CA 91765

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 1/31/2025

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

RAYLENE YOUNG



