HILARY YAO
556 N DIAMOND BAR BLVD STE 108
DIAMOND BAR CA 91765
TEL:626-493-5400
EMAIL: yaoxiaoqun@gmail.com



## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| HILARY<br><br>v.<br>ALISSA EMMEL<br><br>Plaintiff(s),<br><br>Defendant(s). | CASE NUMBER<br>2:25-CV-00858-MCS(Ex)<br><br>NOTICE OF DISMISSAL PURSUANT<br>TO FEDERAL RULES OF CIVIL<br>PROCEDURE 41(a) or (c) |
|---|---|

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

02/21/2025
Date

_____
Signature of Attorney/Party

*NOTE: F.R.Civ.P. 41(a):* This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

*F.R.Civ.P. 41(c):* Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.



